UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: SINCLAIR, ROBIN K. | § | Case No. 09-21917 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on November 9, 2010 in Courtroom 642**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  September 29, 2010              By:  /s/  Richard M. Fogel_____
                                                                                    Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SINCLAIR, ROBIN K | § | Case No. 09-21917 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*           $  6,797.66

*and approved disbursements of*                $     2.88

*leaving a balance on hand of* [1]              $  6,794.78

Claims of secured creditors will be paid as follows:

*Claimant*                                      *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | RICHARD M. FOGEL | $ 1,429.77 | $ 15.49 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*           *Fees*           *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $ _____ | $ _____ |
| *Attorney for* | _____ | $ _____ | $ _____ |
| *Accountant for* | _____ | $ _____ | $ _____ |
| *Appraiser for* | _____ | $ _____ | $ _____ |
| *Other* | _____ | $ _____ | $ _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,091.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.2 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | PYOD LLC its successors and assigns | $ 24,091.66 | $ 5,349.52 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                        Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.


Prepared By: /s/RICHARD M. FOGEL
                            Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ahamilton              Page 1 of 1                   Date Rcvd: Sep 30, 2010
Case: 09-21917                Form ID: pdf006              Total Noticed: 30


The following entities were noticed by first class mail on Oct 02, 2010.
db           +Robin K Sinclair,    4947 W. Eddy Street,    Chicago, IL 60641-3550
aty          +Lester A Ottenheimer, III,    Ottenheimer Teplinsky & Rosenbloom, LLC,
               750 Lake Cook Rd - Ste 140,    Buffalo Grove, IL 60089-2071
tr           +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
14053525     +AA Credit Union,    Mail Drop 2100,    PO Box 619001,    Dallas, TX 75261-9001
14053526     +Addison Emergency Physicians,    520 E. 22nd Street,    Lombard, IL 60148-6110
14053529     +Chase,   PO Box 15153,    Wilmington, DE 19886-5153
14053528     +Chase,   PO Box 9001020,    Louisville, KY 40290-1020
14053530     +Chase MasterCard,    PO Box 15153,    Wilmington, DE 19886-5153
14053532     +Citicard,    PO Box 688911,    Des Moines, IA 50368-8911
14053531     +Citicard,    PO Box 6000,    The Lakes, NV 88901-6000
14053533     +Computer Credit, Inc.,    PO Box 5238,    Winston Salem, NC 27113-5238
14053534     +Geha Connection Dental Federal,    PO Box 2336,    Independence, MO 64051-2336
14053535     +Illinois Collection Service, Inc.,    PO Box 1010,    Tinley Park, IL 60477-9110
14053536     +Laboraty Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
14053537      Michael Zatargr,    Malaysia
14053538     +Midwest Neoped Associated, Ltd.,    900 Jorie Blvd., #186,    Oak Brook, IL 60523-3855
14053539     +Miramed Revenue Group,    Dept. 77304,    PO Box 77000,    Detroit, MI 48277-2000
14442125     +PYOD LLC its successors and assigns,    c/o Resurgent Capital Services,    PO Box 19008,
               Greenville, SC 29602-9008
14053540     +Pinnacle Security,    1290 Sand Hill Road,    Orem, UT 84058-7306
14053543     +RMC Emergency Physicians,    520 E. 22nd Street,    Lombard, IL 60148-6110
14053541     +Resurrection Health Care,    5645 W. Addison Street,    Chicago, IL 60634-2881
14053542      Resurrection Health Care,    PO Box 22081,    Chicago, IL 60622
14053544     +Rush University Medical Center,    1700 W. Van Buren Street, #161,    T.O.B.,
               Chicago, IL 60612-3228
14053545     +Rush University Medical Center,    Patient Financial Services,    PO Box 4075,
               Carol Stream, IL 60197-4075
14053546     +Rush University Medical Group,    75 Remittance Drive, Dept. 6379,    Chicago, IL 60675-6379
14053547     +Thrift Savings Plan,    PO Box 385021,    Birmingham, AL 35238-5021
14053548     +University Anesthesiologists, SC,    PO Box 128,    Glenview, IL 60025-0128
14053549     +University Pathologists, PC,    5620 South Wyck Blvd.,    Toledo, OH 43614-1501
14053550     +Washington Mutual,    PO Box 9001123,    Louisville, KY 40290-1123

The following entities were noticed by electronic transmission on Oct 01, 2010.
14053527     +E-mail/PDF: CBP@AGFINANCE.COM Oct 01 2010 02:41:29      American General Financial Services,
               PO Box 790368,    Saint Louis, MO 63179-0368
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 02, 2010**                         **Signature:**  *Joseph Speetjens*