**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: BURTON, EDWARD R. § Case No. 09-14327 | |
| BURTON, TERRY A. § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $2,591,595.05 *(without deducting any secured claims)* | Assets Exempt: $217,040.22 |
| Total Distribution to Claimants: $12,495.97 | Claims Discharged Without Payment: $2,010,223.71 |
| Total Expenses of Administration: $2,248.60 | |

    3)  Total gross receipts of $  18,706.94  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  3,962.37  (see **Exhibit 2**), yielded net receipts of $14,744.57 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $45,203.52 | $4,232.46 | $4,377.06 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,248.74 | 2,248.60 | 2,248.60 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 125,238.35 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 3,453,968.33 | 2,018,342.62 | 8,118.91 |
| **TOTAL DISBURSEMENTS** | $0.00 | $3,626,658.94 | $2,024,823.68 | $14,744.57 |

     4)  This case was originally filed under Chapter 7 on April 22, 2009.
. The case was pending for 18 months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/08/2010         By: /s/RICHARD M. FOGEL
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Automobiles and other vehicles | 1129-000 | 18,700.00 |
| Interest Income | 1270-000 | 6.94 |
| **TOTAL GROSS RECEIPTS** | | **$18,706.94** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| EDWARD R. BURTON | Personal property exemptions- Motor vehicle | 8100-002 | 3,962.37 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,962.37** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Volvo | 4210-000 | N/A | 5,664.80 | 0.00 | 0.00 |
| 16 | LEAF Funding, Inc. | 4210-000 | N/A | 35,306.26 | 0.00 | 144.60 |
|  | SST, Inc. | 4210-000 | N/A | 4,232.46 | 4,232.46 | 4,232.46 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$45,203.52** | **$4,232.46** | **$4,377.06** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 2,224.46 | 2,224.32 | 2,224.32 |
| RICHARD M. FOGEL | 2200-000 | N/A | 15.62 | 15.62 | 15.62 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.66 | 8.66 | 8.66 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,248.74 | 2,248.60 | 2,248.60 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11P | Internal Revenue Service | 5800-000 | N/A | 125,238.35 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 125,238.35 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 45,692.50 | 45,692.50 | 187.15 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 12,239.57 | 12,239.57 | 50.13 |

**UST Form 101-7-TDR (10/1/2010)**

| | # | Creditor | Code | | Amount | Allowed | Paid |
|---|---|---|---|---|---:|---:|---:|
| | 4 | American Express Travel Related Services Co Inc | 7100-000 | N/A | 1,426,785.00 | 0.00 | 0.00 |
| | 5 | American Express Travel Related Services Co Inc | 7100-000 | N/A | 405,707.64 | 405,707.64 | 1,661.65 |
| -2 | 6 | Emerald City Trading PTY Ltd. | 7100-000 | N/A | 110,269.35 | 110,269.35 | 451.63 |
| | 7 | Chase Bank USA | 7100-000 | N/A | 43,235.28 | 43,235.28 | 177.08 |
| | 8 | Emerald City Trading PTY Ltd. | 7100-000 | N/A | 110,269.35 | 110,269.35 | 451.63 |
| | 9 | American Express Bank FSB | 7100-000 | N/A | 42,425.93 | 42,425.93 | 173.76 |
| | 10 | American Express Bank FSB | 7100-000 | N/A | 25,010.28 | 25,010.28 | 102.43 |
| | 11U | Internal Revenue Service | 7100-000 | N/A | 8,840.71 | 0.00 | 0.00 |
| | 12 | Clover Technologies | 7100-000 | N/A | 505,564.06 | 505,564.06 | 2,070.63 |
| | 13 | North Shore Community Bank and Trst | 7100-000 | N/A | 32,000.00 | 32,000.00 | 131.06 |
| | 14 | Harris N.A. | 7100-000 | N/A | 649,893.34 | 649,893.34 | 2,661.76 |
| | 15 | U.S. Department of Labor, EBSA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| | 17 | Chase Bank USA, NA | 7200-000 | N/A | 729.06 | 729.06 | 0.00 |
| | 18 | LEAF Funding, Inc. | 7100-000 | N/A | 35,306.26 | 35,306.26 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | 0.00 | 3,453,968.33 | 2,018,342.62 | 8,118.91 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-14327  
**Case Name:** BURTON, EDWARD R.  
BURTON, TERRY A.  
**Period Ending:** 11/08/10

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 04/22/09 (f)  
**§341(a) Meeting Date:** 06/11/09  
**Claims Bar Date:** 09/14/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Real Property- Inverness, IL | 1,100,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | Real Property- Genoa City, WI (See Footnote) | 1,300,000.00 | 0.00 | OA | 0.00 | 0.00 |
| 3 | Bank accounts- Checking | 2,917.01 | 0.00 | DA | 0.00 | 0.00 |
| 4 | Bank accounts- Money Market | 20.62 | 0.00 | DA | 0.00 | 0.00 |
| 5 | Household Goods and Furnishings | 1,200.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | Books and art objects | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Wearing apparel | 350.00 | 0.00 | DA | 0.00 | FA |
| 8 | Furs and Jewelry | 2,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | Firearms and Hobby Equipment | 300.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Interests in Insurance Policies | 1,717.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Interests in Insurance Policies | 18,083.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | Interests in Insurance Policies | 10,368.00 | 0.00 | DA | 0.00 | 0.00 |
| 13 | IRA Account | 38,471.76 | 0.00 | DA | 0.00 | 0.00 |
| 14 | IRA Account | 50,985.44 | 0.00 | DA | 0.00 | 0.00 |
| 15 | IRA account | 8,521.00 | 0.00 | DA | 0.00 | 0.00 |
| 16 | IRA account | 1,889.00 | 0.00 | DA | 0.00 | 0.00 |
| 17 | 401(k) Plan | 6,566.72 | 0.00 | DA | 0.00 | 0.00 |
| 18 | 401(k) Plan | 39,688.30 | 0.00 | DA | 0.00 | 0.00 |
| 19 | Stock and business interests- TTI International (See Footnote) | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 20 | Stock and business interests- Premier Recycling (See Footnote) | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 21 | Stock and business interests- HD Imaging (See Footnote) | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 22 | Stock and business interests- Total Tek | 0.00 | Unknown | | 0.00 | Unknown |
| 23 | Automobiles and other vehicles (See Footnote) | 20,000.00 | 10,547.63 | | 18,700.00 | FA |
| 24 | Boats, motors and accessories (See Footnote) | 8,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 25 | Bank accounts- Checking | 17.20 | 17.20 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-14327  
**Case Name:** BURTON, EDWARD R.  
BURTON, TERRY A.  
**Period Ending:** 11/08/10

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 04/22/09 (f)  
**§341(a) Meeting Date:** 06/11/09  
**Claims Bar Date:** 09/14/09

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| Int | INTEREST (u) | Unknown | N/A | | 6.94 | FA |
| 26 | Assets Totals (Excluding unknown values) | $2,611,595.05 | $10,564.83 | | $18,706.94 | $0.00 |

RE PROP# 2     Compelled to abandon per o/c 9-15-09  
RE PROP# 19     Bankrupt  
RE PROP# 20     Bankrupt  
RE PROP# 21     Bankrupt  
RE PROP# 23     Sale order entered 6/16/09  
RE PROP# 24     Stay modified 5/26/09

**Major Activities Affecting Case Closing:**

Monitoring bank investigation of debtors' action in connection with 3 related business bankruptcies and awaiting DOL decision regarding amendment or withdrawal of estimated priority claim

**Initial Projected Date Of Final Report (TFR):**     December 31, 2010     **Current Projected Date Of Final Report (TFR):**     June 24, 2010 (Actual)

Printed: 11/08/2010 08:50 AM     V.12.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-14327  
**Case Name:** BURTON, EDWARD R.  
BURTON, TERRY A.  
**Taxpayer ID #:** **-***4833  
**Period Ending:** 11/08/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****23-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/12/09 | {23} | GLB MOTORWORKS | Deposit for vehicle | 1129-000 | 1,870.00 | | 1,870.00 |
| 06/22/09 | {23} | GLB MOTORWORKS | Balance of purchase price per o/c 6-16-09 | 1129-000 | 16,830.00 | | 18,700.00 |
| 06/24/09 | | To Account #********2366 | Tranfer funds to payoff lien | 9999-000 | | 4,232.46 | 14,467.54 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 14,467.69 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 14,468.29 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 14,468.89 |
| 08/31/09 | | To Account #********2366 | Debtor's exemption claim | 9999-000 | | 3,962.37 | 10,506.52 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,506.94 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,507.36 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 10,507.80 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 10,508.24 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 10,508.65 |
| 02/10/10 | | To Account #********2366 | Account Transfer | 9999-000 | | 8.66 | 10,499.99 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,500.38 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 10,500.85 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.07 | | 10,500.92 |
| 04/06/10 | | Wire out to BNYM account 9200******2365 | Wire out to BNYM account 9200******2365 | 9999-000 | -10,500.92 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,203.49 | 8,203.49 | $0.00 |
| | | | Less: Bank Transfers | | -10,500.92 | 8,203.49 | |
| | | | **Subtotal** | | 18,704.41 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,704.41** | **$0.00** | |

{} Asset reference(s)

Printed: 11/08/2010 08:50 AM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-14327  
**Case Name:** BURTON, EDWARD R.  
BURTON, TERRY A.  
**Taxpayer ID #:** **-***4833  
**Period Ending:** 11/08/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****23-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/24/09 | | From Account #********2365 | Tranfer funds to payoff lien | 9999-000 | 4,232.46 | | 4,232.46 |
| 06/24/09 | 101 | SST, Inc. | Payoff loan balance-#17560905 | 4210-000 | | 4,232.46 | 0.00 |
| 08/31/09 | | From Account #********2365 | Debtor's exemption claim | 9999-000 | 3,962.37 | | 3,962.37 |
| 08/31/09 | 102 | EDWARD R. BURTON | Personal property exemptions- Motor vehicle | 8100-002 | | 3,962.37 | 0.00 |
| 02/10/10 | | From Account #********2365 | Account Transfer | 9999-000 | 8.66 | | 8.66 |
| 02/10/10 | 103 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 8.66 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,203.49 | 8,203.49 | $0.00 |
| | | | Less: Bank Transfers | | 8,203.49 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 8,203.49 | |
| | | | Less: Payments to Debtors | | | 3,962.37 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $4,241.12 | |

{} Asset reference(s)        Printed: 11/08/2010 08:50 AM    V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-14327
**Case Name:** BURTON, EDWARD R.
BURTON, TERRY A.
**Taxpayer ID #:** **-***4833
**Period Ending:** 11/08/10

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******23-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2365 | Wire in from JPMorgan Chase Bank, N.A. account ********2365 | 9999-000 | 10,500.92 | | 10,500.92 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.50 | | 10,501.42 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.62 | | 10,502.04 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.61 | | 10,502.65 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.62 | | 10,503.27 |
| 08/10/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.18 | | 10,503.45 |
| 08/10/10 | | To Account #9200******2366 | Close account and transfer for final distributions | 9999-000 | | 10,503.45 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,503.45 | 10,503.45 | $0.00 |
| | | | Less: Bank Transfers | | 10,500.92 | 10,503.45 | |
| | | | **Subtotal** | | **2.53** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2.53** | **$0.00** | |

{} Asset reference(s)

Printed: 11/08/2010 08:50 AM   V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-14327 | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- |
| Case Name: | BURTON, EDWARD R. / BURTON, TERRY A. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******23-66 - Checking Account |
| Taxpayer ID #: | **-***4833 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/08/10 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08/10/10 | | From Account #9200******2365 | Close account and transfer for final distributions | 9999-000 | 10,503.45 | | 10,503.45 |
| 08/11/10 | 10104 | Internal Revenue Service | 6.59% dividend on Claim # 11P, Ref: xxx-xx-2383 Voided on 08/27/10 | 5800-000 | | 8,263.51 | 2,239.94 |
| 08/11/10 | 10105 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,239.94 | 0.00 |
| | | | Dividend paid 100.00%   2,224.32 on $2,224.32; Claim# ; Filed: $2,224.46 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   15.62 on $15.62; Claim# ; Filed: $15.62 | 2200-000 | | | 0.00 |
| 08/27/10 | 10104 | Internal Revenue Service | 6.59% dividend on Claim # 11P, Ref: xxx-xx-2383 Voided: check issued on 08/11/10 | 5800-000 | | -8,263.51 | 8,263.51 |
| 08/27/10 | 10106 | PYOD LLC its successors and assigns as assignee of | Dividend- claim 2 | 7100-000 | | 187.15 | 8,076.36 |
| 08/27/10 | 10107 | PYOD LLC its successors and assigns as assignee of | Dividend- claim 3 | 7100-000 | | 50.13 | 8,026.23 |
| 08/27/10 | 10108 | American Express Travel Related Services Co Inc | Dividend- claim 5 | 7100-000 | | 1,661.65 | 6,364.58 |
| 08/27/10 | 10109 | Emerald City Trading PTY Ltd. | Dividend- claim 6-2 | 7100-000 | | 451.63 | 5,912.95 |
| 08/27/10 | 10110 | Chase Bank USA | Dividend- claim 7 | 7100-000 | | 177.08 | 5,735.87 |
| 08/27/10 | 10111 | Emerald City Trading PTY Ltd. | Dividend- claim 8 | 7100-000 | | 451.63 | 5,284.24 |
| 08/27/10 | 10112 | American Express Bank FSB | Dividend- claim 9 | 7100-000 | | 173.76 | 5,110.48 |
| 08/27/10 | 10113 | American Express Bank FSB | Dividend- claim 10 | 7100-000 | | 102.43 | 5,008.05 |
| 08/27/10 | 10114 | Clover Technologies | Dividend- claim 12 | 7100-000 | | 2,070.63 | 2,937.42 |
| 08/27/10 | 10115 | North Shore Community Bank and Trst | Dividend- claim 13 | 7100-000 | | 131.06 | 2,806.36 |
| 08/27/10 | 10116 | Harris N.A. | Dividend- claim 14 | 7100-000 | | 2,661.76 | 144.60 |
| 08/27/10 | 10117 | LEAF Funding, Inc. | Dividend- claim 18 | 4210-000 | | 144.60 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,503.45 | 10,503.45 | $0.00 |
| | | | Less: Bank Transfers | | 10,503.45 | 0.00 | |
| | | | Subtotal | | 0.00 | 10,503.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $10,503.45 | |

{} Asset reference(s)   Printed: 11/08/2010 08:50 AM   V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 09-14327 | | **Trustee:** | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| **Case Name:** | BURTON, EDWARD R. | | **Bank Name:** | The Bank of New York Mellon |
| | BURTON, TERRY A. | | **Account:** | 9200-******23-66 - Checking Account |
| **Taxpayer ID #:** | **-***4833 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 11/08/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****23-65** | 18,704.41 | 0.00 | 0.00 |
| **Checking # ***-*****23-66** | 0.00 | 4,241.12 | 0.00 |
| **MMA # 9200-******23-65** | 2.53 | 0.00 | 0.00 |
| **Checking # 9200-******23-66** | 0.00 | 10,503.45 | 0.00 |
| | $18,706.94 | $14,744.57 | $0.00 |

{} Asset reference(s)     Printed: 11/08/2010 08:50 AM     V.12.54